February 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GUNDA CORPORATION LLC AND RAMESH GUNDA, Appellant

NO. 14-12-00263-CV                                    V.

DAVID H. YAZHARI, Appellee

_____

       This cause, an appeal from the trial court's order in favor of appellee, David H. Yazhari, signed March 9, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

       We further order that all costs incurred by reason of this appeal be paid by appellee, David H. Yazhari. We further order this decision certified below for observance.